# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRANDY N. ILOANI**                                                                                    **PLAINTIFF**

**v.**                                       **NO. 4:16CV00803 JLH/BD**

**SCOTT, et al.**                                                                                    **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Ms. Iloani's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Iloani's claims against the Pulaski County Jail are DISMISSED, with prejudice.

IT IS SO ORDERED this 12th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE