**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BRANDY N. ILOANI**                                                                           **PLAINTIFF**

V.                                  **CASE NO. 4:16-CV-00803 JLH/BD**

**SCOTT, et al.**                                                                                **DEFENDANTS**

**RECOMMENDED DISPOSITION**

I.   **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II.  **Discussion:**

Plaintiff Brandy Iloani, who was previously held at the Pulaski County Jail, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #1) In her complaint, Ms. Iloani named Scott, Phillips, and Hierle as Defendants. The Court ordered service of

process for Defendants Scott, Phillips, and Hierle, but all summonses were returned to the court unexecuted on December 27, 2016.[1] (#15, #16, #17)

On January 9, 2017, the Court ordered Ms. Iloani to ascertain valid names and service addresses for Defendants on or before February 24, 2017. (#18) Ms. Iloani was notified that if she did not comply with the Court's Order, the Defendants would be dismissed. (#18) It has been more than 90 days since this lawsuit was filed, and Ms. Iloani has been unable to provide the Court with a valid service address for any Defendant. See FED. R. CIV. P. 4(m).

### III. Conclusion:

The Court recommends that Ms. Iloani's lawsuit be DISMISSED, without prejudice, based on her failure to comply with the Court's January 9, 2017 Order and her failure to serve any Defendant within the time allowed by the Federal Rules of Civil Procedure.

DATED this 27th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Pulaski County Jail was terminated on January 12, 2017. (#19)