# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRANDY N. ILOANI**                                                                                 **PLAINTIFF**

v.                             **NO. 4:16CV00803 JLH/BD**

**SCOTT, et al.**                                                                                 **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Brandy Iloani's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Iloani's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 21st day of March, 2017.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE