# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRANDY N. ILOANI**                                                                                    **PLAINTIFF**

**v.**                      **NO. 4:16CV00803 JLH/BD**

**SCOTT, et al.**                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 21st day of March, 2017.

                                                                        *J. Leon Holmes*
                                                  UNITED STATES DISTRICT JUDGE